UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

BRANDON TOWNSEL,

    Plaintiff,

    v.

SHAVON GENDRAW, et al.,

    Defendants.

Case No. 3:25-CV-195-CCB-SJF

## ORDER

This matter is before the Court following Magistrate Judge Scott J. Frankel's report and recommendation. (ECF 30). Magistrate Judge Frankel has recommended that Defendant Devanise Parker be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m).

This Court's review of a magistrate judge's report and recommendation is governed by 28 U.S.C. § 636(b)(1), which provides in part:

> A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made. A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge. The judge may also receive further evidence or recommit the matter to the magistrate judge with instructions.

Under Federal Rule of Civil Procedure 72(b), the Court must only determine de novo those portions of the magistrate judge's report and recommendation to which specific written objections have been made. *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999). If no objection or only a partial objection is made, the Court reviews those

unobjected portions for clear error. *Id.* Under the clear error standard, the Court can only overturn a magistrate judge's ruling if the Court is left with "the definite and firm conviction that a mistake has been made." *Weeks v. Samsung Heavy Indus. Co., Ltd.*, 126 F.3d 926, 943 (7th Cir. 1997). "If no party objects to the magistrate judge's action," the Court "may simply accept it." *Schur v. L.A. Weight Loss Centers, Inc.*, 577 F.3d 752, 760 (7th Cir. 2009).

Both 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b) require the parties to file objections to a report and recommendation within 14 days of being served. Magistrate Judge Frankel informed the parties of this deadline in his report and recommendation. (ECF 30). No objections have been filed.

The Court has reviewed Magistrate Judge Frankel's well-reasoned report and recommendation, (ECF 30), and found no clear error. Accordingly, it **ADOPTS** the report and recommendation in its entirety. Defendant Devanise Parker is **DISMISSED WITHOUT PREJUDICE.**

SO ORDERED on June 16, 2026.

/s/ *Cristal C. Brisco*  
CRISTAL C. BRISCO, JUDGE  
UNITED STATES DISTRICT COURT

2